UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

CR123-0049

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO. |
| | ) | |
| v. | ) | |
| | ) | FILED UNDER SEAL |
| JACOB CHRISTIAN BUTLER | ) | |

## MOTION TO SEAL INDICTMENT

Now comes the United States of America, by and through Jill E. Steinberg, United States Attorney for the Southern District of Georgia, and moves the Court, pursuant to Fed. R. Crim. P. 6(e)(4), to seal the above-styled Indictment until such time as Defendant is in federal custody.

WHEREFORE, the Government moves that the above-styled Indictment, and all process issued thereunder, be sealed until further Order of this Court, excepting only such disclosures as necessary to effect service of process and to conduct initial appearances and related proceedings.

Respectfully submitted,

JILL E. STEINBERG
UNITED STATES ATTORNEY

*/s/ Jason W. Blanchard*
Jason W. Blanchard
Assistant United States Attorney
Georgia Bar No. 105620
Southern District of Georgia
Post Office Box 2017
Augusta, Georgia 30903
T: (706) 724-0517
Jason.Blanchard@usdoj.gov