UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

CR 123-0049

| UNITED STATES OF AMERICA | ) INDICTMENT NO. |
|---|---|
| v. | ) 18 U.S.C. § 2252A(a)(5)(B) |
| | ) Possession of Child Pornography |
| JACOB CHRISTIAN BUTLER | ) |

## PENALTY CERTIFICATION

The undersigned Assistant United States Attorney hereby certifies that the maximum penalties for the offenses charged in the Indictment are as follows:

Count 1:   Possession of Child Pornography
18 U.S.C. § 2252A(a)(5)(B)

- Not more than twenty (20) years of imprisonment
- Not more than a $250,000.00 fine
- Not less than five (5) years of supervised release, but not more than life
- Forfeiture of forfeitable assets
- $100.00 special assessment
- An assessment per count pursuant to 18 U.S.C. § 3014
- An assessment per count pursuant to 18 U.S.C. § 2259A
- Registration as a sex offender under the Sex Offender Registration and Notification Act
- Mandatory restitution

Respectfully submitted,

JILL E. STEINBERG
UNITED STATES ATTORNEY

/s/ *Jason W. Blanchard*

Jason W. Blanchard
Assistant United States Attorney
Georgia Bar Number 105620



FILED
U.S. DISTRICT COURT
2023 SEP -6 P 1:50
CLERK
SO. DIST. OF GA.