UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) INDICTMENT NO: 1:23-cr-049 |
| | ) |
| JACOB CHRISTIAN BUTLER | ) |
| | ) |
| | ) |

**GOVERNMENT'S MOTION TO
UNSEAL INDICTMENT AND RELATED PAPERS**

NOW COMES the United States of America, by and through Jill E. Steinberg, United States Attorney for the Southern District of Georgia, and the undersigned Assistant United States Attorney, and respectfully requests this Honorable Court to unseal the Indictment which was returned by the Grand Jury for the Southern District of Georgia on September 6, 2023, together with any and all process issued thereunder in the above-styled matter.

In support of its request, the Government represents to the Court that the Defendant is in custody and the investigation will no longer be compromised by the unsealing of said documents, and these materials will be provided to counsel for the Defendant as part of the discovery materials.

Respectfully submitted this 26th day of September, 2023.

                                                JILL E. STEINBERG
                                                UNITED STATES ATTORNEY

***/s/ Jason W. Blanchard***
Jason W. Blanchard
Assistant United States Attorney
Georgia Bar No. 105620
United States Attorney's Office
Southern District of Georgia
Post Office Box 2017
Augusta, Georgia 30903
T: (706) 724-0517
Jason.Blanchard@usdoj.gov