# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA

### CLERK'S MINUTES

**CASE NO.:** 1:23cr049   **DATE:** September 26, 2023

**UNITED STATES OF AMERICA**
v
Jacob Christian Butler

**TIMES:** 3:35 - 3:46

**Honorable:** Brian K. Epps, United States Magistrate Judge
**Court Reporter:** FTR
**Probation Officer:** Justin Brownlee

**Courtroom Deputy:** Courtnay Capps
**Interpreter:**
**Security:** CSO Ingram; USMS Williams, Partlow

**Attorney for Government:** Jason Blanchard
**Attorney for Defendant(s):** Jeremy Cohen

**PROCEEDINGS: INITIAL APPEARANCE**

- [✓] Defendant advised of rights
- [ ] CJA counsel appointed
- [✓] Defendant advised of charges and penalties
- [ ] Not guilty plea entered
- [ ] Pretrial motions due within _____ days
- [ ] Government Expert Disclosures due within _____ days
- [ ] Defense Expert Disclosures due within _____ days
- [ ] Rule 5/Brady materials reviewed
- [✓] Government moves for detention:
    - [ ] Defendant waives detention hearing at this time
    - [ ] Detention hearing scheduled for:
    - [ ] Detention hearing held
        - [ ] Witness for Gov't:      [ ] Witness Sworn
        - [ ] Witness for Def:         [ ] Witness Sworn
- [✓] Defendant detained pending further proceedings in this Court.
- [✓] Defendant remanded to custody of USMS
- [ ] Defendant granted bond:

**Notes:**
Defendant does not qualify for Court appointed counsel and was instructed to retain counsel.