# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. CR123-0049 |
| | ) | |
| JACOB CHRISTIAN BUTLER | ) | |

## ENTRY OF APPEARANCE

    Comes now, undersigned counsel and files his entry of appearance as the attorney of record in the above referenced matter representing Jacob Christian Butler, who is the defendant in the above-styled case.

Respectfully submitted,

This 28th day of September 2023

    /S/Jeremy D. Cohen
    Jeremy D. Cohen
    Attorney for Defendant
    GA State Bar # 416532
    5121 Washington Rd.
    Evans, GA 30809
    Ste 2, PMB 12
    jeremy@jcohenlawfirm.com
    Telephone# 706-703-4848

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing documents upon the following individuals through e-filing and U.S. mail:

U.S. Attorney's Office
Southern District of Georgia
600 James Brown Blvd., Suite 200
Augusta, Georgia 30901
Attn: Jason W. Blanchard

Respectfully submitted,

This 28th day of September 2023

/S/Jeremy D. Cohen
Jeremy D. Cohen
Attorney for Defendant
GA State Bar # 416532
5121 Washington Rd.
Ste 2, PMB 12
Evans, GA 30809
jeremy@jcohenlawfirm.com
Telephone# 706-703-4848